USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE CLIFFORD, also known as Stormy Daniels, and STORMY ENTERTAINMENT, INC.,

Plaintiffs,

-against-

LUCAS JANKLOW, JANKLOW PARTNERS, LLC, doing business as Janklow & Nesbit Associates,

Defendants.

---

1:22-cv-01259 (MKV)

**ORDER DENYING REQUEST TO REASSIGN CASE**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Defendants' request that this case be reassigned to Judge Furman is DENIED.

**SO ORDERED.**

**Date:** April 5, 2022
New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**

1