# EXHIBIT M

California Secretary of State
# Shirley N. Weber, Ph.D.

Home    Business Programs    Business Entities

# Business Search - Frequently Asked Questions

**Field Descriptions**

**Status Definitions**

**Active:**
*Domestic entities* – Subject to any other requirements imposed by law, the domestic entity has filed its formation document in California and is authorized to carry out its business activities.

*Foreign entities* – Subject to any other requirements imposed by law, the foreign entity has registered and is authorized to transact intrastate business in California.

**Canceled:**
*Domestic and foreign corporations* – The formation or qualification filing was canceled by the California Secretary of State because the payment for the filing fee was not honored by the financial institution.

**SOS Canceled:**
*Domestic and foreign limited partnerships and limited liability companies* – The formation or registration filing was canceled by the California Secretary of State because the payment for the filing fee was not honored by the financial institution.

**Suspended (domestic entities)** or **Forfeited (foreign entities)**:
The business entity's powers, rights and privileges, which include the right to use the entity's name in California, were suspended or forfeited in California as described below:

> **SOS Suspended** or **SOS Forfeited**: The business entity was suspended or forfeited by the Secretary of State for failure to file the required **Statement of Information**, and in the case of a domestic nonprofit corporation that is an association formed to manage a common interest development, the required **Statement by Common Interest Development Association**.

Note: In the case of a domestic or foreign corporation, the Secretary of State suspension or forfeiture also may be due to the failure of the corporation to reimburse the **Victims of Corporate Fraud Compensation Fund** for a paid claim. However, in most cases, suspension or forfeiture by the Secretary of State is due to failure to file the required statement(s) as stated above. Further information about the type of Secretary of State suspension or forfeiture can be obtained by ordering a status report. For information about ordering a status report, see **Business Entities Records Request**.

**FTB Suspended** or **FTB Forfeited**:
The business entity was suspended or forfeited by the Franchise Tax Board for failure to meet tax requirements (e.g., failure to file a return, pay taxes, penalties, interest).

**SOS/FTB Suspended** or **SOS/FTB Forfeited**: The business entity was suspended or forfeited by both the Secretary of State and the Franchise Tax Board as stated above.

For information about how to revive a suspended/forfeited entity, see **Frequently Asked Questions**.

**Dissolved:**
Domestic corporations – The business entity filed a Certificate of Dissolution, or a copy of a court order, decree or judgment declaring the business entity dissolved, and the powers, rights and privileges of the entity have ceased in California.

**Surrender**:
*Foreign corporations* – The business entity surrendered its right to transact business in the State of California.

**Dissolved**:
*Domestic limited partnerships and limited liability companies* – The business entity has voluntarily elected to wind up the business operations.

**Pending Cancel**:
*Limited liability companies* – The business entity filed a Certificate of Cancellation without a valid Tax Clearance Certificate prior to September 29, 2006, when the requirement for a Tax Clearance Certificate was eliminated from statute. Questions about the pending cancel status and/or the process required to complete the cancellation of the entity can be directed to our **Sacramento office**.

**Canceled**:
*Domestic limited partnerships and limited liability companies* – The business entity filed a Certificate of Cancellation and the powers, rights and privileges of the domestic entity have ceased in California. *Foreign limited partnerships and limited liability companies* – The business entity filed a Certificate of Cancellation and the foreign entity is no longer authorized to transact intrastate business in California.

**Merged Out:**
The business entity merged out of existence in California into another business entity. The name of the surviving entity can be obtained by ordering a copy of the filed merger document containing the name of the surviving entity, or by ordering a status report. Note: If ordering a status report, include a specific request for the name of the surviving entity. For information about ordering a copy of a filed document and/or a status report, see Business Entities Records Request.

**Converted-Out:**
The business entity converted to another type of business entity or to the same type under a different jurisdiction as provided by statute. The name of the new entity can be obtained by ordering a copy of the filed conversion document containing the name of the new entity, or by ordering a status report. Note: If ordering a status report, include a specific request for the name of the new entity. For information about ordering a copy of a filed document and/or a status report, see Business Entities Records Request.

**Term Expired:**
*Domestic corporations* – The business entity's term of existence has expired, as provided by the entity's Articles of Incorporation.

**Inactive:**
There is more than one reason for this status. In most cases, the entity converted to a federal entity or consolidated with another entity. The reason for an inactive status can be obtained by ordering a status report. For information about ordering a status report, see Business Entities Records Request.

New Search

**Statement of Information**                                                                                     

**Helpful Hint:** If you are not able to locate an entity record, you may wish to try a broader search by searching for fewer keywords or a "begins with" search if you know one or more of the first words of the entity's name, or you may request a more extensive search by ordering a status report. For information on ordering a status report, refer to Business Entities Records Request.

Disclaimer: This Search tool allows you to search the Secretary of State's California Business Search database for abstracts of information for domestic stock, domestic nonprofit and qualified foreign corporations, limited liability companies and limited partnerships that have filed with this office. This search tool groups corporations separately from limited liability companies and limited partnerships and returns all entities for the search criteria in the respective groups regardless of the current status. This database does not include other types of business entities that are registered with the California Secretary of State, such as general partnerships and limited liability partnerships. The search results only include copies of filed Statements of Information for corporations and limited liability companies that have been imaged. Search results that indicate "Image not available online" may be available by ordering copies, refer to refer to Business Entities Records Request.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." For information on ordering copies of the official business entity records for a particular entity, refer to **Business Entities Records Request**.