**Brewster & De Angelis**
— ADVOCATES —

GUY A. FORTNEY
gfortney@brewsterlaw.com
Phone 918-742-2021
Facsimile 918-742-2197

Law Offices of
Brewster & De Angelis
2617 East 21st Street
Tulsa, OK 74114

May 24, 2022

<u>Via ECF</u>

Honorable Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

VyskocilNYSDChambers@nysd.uscourts

RE:   *Clifford, et al. v. Janklow, et al.*
       Case No. 1:22-cv-01259-MKV

Dear Judge Vyskocil:

    This firm represents the Plaintiffs in the above captioned matter. On May 20, 2022, Defendants filed a Motion to Dismiss (35 pages) attaching 18 exhibits which total 1,257 pages, 1,115 of which are argument, testimony, bench conferences and jury instructions from the criminal trial of *USA v. Michael Avenatti,* SDNY, 19-cr-374-JMF.

    Plaintiffs' response under Local Rule 6.1 is due on June 3, 2022. Given the volume of matters outside the pleadings attached to the Motion to Dismiss, Plaintiffs request an additional 10 days in which to file their Response Brief, or on June 13, 2022.

    Counsel for Defendants has been contacted and does not oppose the requested extension but only that Defendants be granted the same 10-day extension to file the Reply Brief.

    Plaintiffs request that the court grant them an extension of 10 days to file the Response Brief or until June 13, 2022 and similarly, Defendants be granted and additional 10 days to file the Reply Brief or until June 30, 2022. Defendants also request that the papers be filed by 4:00 pm eastern on the respective due dates, to which Plaintiffs do not object.

Thank you,

*[signature]*

Clark O. Brewster, *Admitted Pro Hac Vice*
Guy A. Fortney, *Admitted Pro Hac Vice*
BREWSTER & DEANGELIS, PLLC
2617 East 21st Street

www.brewsterlaw.com

*CLARK O. BREWSTER  •  JENNIFER L. DE ANGELIS  •  GUY A. FORTNEY  •  MONTGOMERY L. LAIR
KATIE A. MCDANIEL  •  MBILIKE M. MWAFULIRWA  •  **JOSEPH C. DE ANGELIS  •  RYAN R. NIGH

*Licensed in Oklahoma and Texas    **Licensed in Oklahoma and Colorado

        Tulsa, OK  74114
        CBrewster@brewsterlaw.com
        gfortney@brewsterlaw.com
        Phone: (918) 742-2021
        Fax:     (918) 742-2197

        <u>And</u>

        Michael F. Kuzow,
        WESTERMANN, SHEEHY, SAMMAN
        & GILLESPIE, LLP
        90 Merrick Ave., Ste. 802
        East Meadow, NY 11554
        Phone: 516-794-7500
        Fax: 516-794-1277

        *Counsel for Plaintiffs*


cc:    Lani Adler, Esq.
        Lani Adler Partners
        Attorneys for Defendants
        275 West 96th St., Ste. 15G
        New York, NY 10025
        (By ECF)