UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
STEPHANIE CLIFFORD, also known as Stormy
Daniels; and STORMY ENTERTAINMENT, INC.,

                    Plaintiffs,

        -against-

LUCAS JANKLOW; and JANKLOW PARTNERS,
LLC, doing business as Janklow & Nesbit
Associates,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2023

1:22-cv-1259 (MKV)

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by Magistrate Judge Gorenstein that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 8, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: July 7, 2023
New York, NY

*[signed]* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**