```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE CLIFFORD, *also known as* Stormy Daniels; and STORMY ENTERTAINMENT, INC.,

                Plaintiffs,

-against-

LUCAS JANKLOW; and JANKLOW PARTNERS, LLC, *doing business as* Janklow & Nesbit Associates,

                Defendants.

1:22-cv-1259 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    On or before August 29, 2023, the parties are HEREBY DIRECTED to file a joint letter regarding the status of this case.

    **SO ORDERED.**

**Date: August 25, 2023**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**