August 29, 2023

**Via ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

VyskocilNYSDChambers@nysd.uscourts

*Clifford et al. v. Janklow et al.*
Case No. 1:22-cv-01259-MKV

**Dear Judge Vyskocil:**

In accordance with the Court's Order dated August 25, 2023, the Parties submit this Joint Letter as requested by the Court. ECF No. 61.

On June 6, 2023, this matter was referred to Magistrate Judge Gabriel W. Gorenstein for a Settlement Conference. The parties met with Magistrate Judge Gorenstein for a settlement conference on June 27, 2023, and subsequently were unable to formalize a final settlement. On July 7, 2023, the Court issued an order dismissing the case without prejudice to restoring the action to the Court's calendar if the parties were unable to memorialize their settlement in writing as long as the application to restore the action was made by August 8, 2023. ECF No. 58. On August 8, 2023, Plaintiff sent a letter to the Court requesting that the matter be restored to the Court's calendar, which request the Court granted. ECF No. 60.

Defendant served its First Request for Production of Documents on August 10, 2023.

The parties are proceeding with discovery.

Respectfully Submitted,

*/s/ Guy A. Fortney*
Clark O. Brewster, *Admitted Pro Hac Vice*
Guy A. Fortney, *Admitted Pro Hac Vice*
BREWSTER & DEANGELIS, PLLC
2617 East 21st Street
Tulsa, OK 74114
CBrewster@brewsterlaw.com
gfortney@brewsterlaw.com

And

1

<div style="margin-left: 40%;">

Michael F. Kuzow,
WESTERMANN, SHEEHY, SAMAAN
& GILLESPIE, LLP
90 Merrick Ave., Ste. 802
East Meadow, NY 11554
*Counsel for Plaintiff*


*/s/ Lani Adler*_____
Lani Adler, Esq.
Lani Adler Partners LLC
275 West 96th St., Suite 15G
New York, NY 10025
Tel. (646) 732-3260
 Ladler@LaniAdlerPartners.com

*Attorneys for Defendant*

</div>