UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STEPHANIE CLIFFORD A/KA STORMY DANIELS
AND STORMY ENTERTAINMENT, INC.,

                    Plaintiff,

        -against-

JANKLOW PARTNERS, LLC D/B/A JANKLOW &
NESBIT ASSOCIATES, AND LUCAS JANKLOW,

                    Defendants.
-----------------------------------------------------------------x

Case No. 1:22-cv-01259-MKV

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties to this action, that, pursuant to Rule 41(a)(1), Fed. R. Civ. Pro., that the above-captioned action, including all of Plaintiffs' claims and potential claims, whether or not asserted, is dismissed with prejudice, and that each party will bear its own costs and attorneys' fees.

Dated: October 10, 2023

Plaintiffs Stephanie Clifford a/k/a Stormy Daniels
And Stormy Entertainment, Inc.

By: _____
    Stephanie Clifford

Dated: October 10, 2023

Defendants Janklow Partners LLC d/b/a Janklow &
Nesbit Associates, and Lucas Janklow

By: _____
    Luke Janklow
    285 Madison Avenue
    New York, New York 10017
    (212) 421-1700

Dated: October 10th, 2023

*[Signature]*

Clark O. Brewster, *Admitted Pro Hac Vice*
Guy A. Fortney, *Admitted Pro Hac Vice*
BREWSTER & DEANGELIS, PLLC
2617 East 21st Street
Tulsa, OK 74114
CBrewster@brewsterlaw.com
gfortney@brewsterlaw.com

And

Michael F. Kuzow,
WESTERMANN, SHEEHY, SAMAAN
& GILLESPIE, LLP
90 Merrick Ave., Ste. 802
East Meadow, NY 11554
*Counsel for Plaintiff*


LANI ADLER PARTNERS LLC
*[Signature]*

Lani A. Adler
275 West 96th Street Suite 15G
New York, New York 10025
(646) 732 3260
Ladler@LaniAdlerPartners.com

*Counsel for Defendants*